1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile:  (559) 513-8530
4

5  Attorney for Defendant,
   EDGAR GARCIA BANOS
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   CASE NO. 1:12-cr-00373-AWI-DLB
                                )
12                              )
                                )   STIPULATION AND
13                              )   ORDER FOR CONTINUANCE OF
              Plaintiff,        )   STATUS CONFERENCE
14                              )
   vs.                          )
15                              )
   ESTEBAN ABREGO-BANOS, and    )   Date:   January 14, 2013
16 EDGAR GARCIA-BANOS,          )   Time:   1:00 PM
                                )   Judge:  Hon. Barbara J. McAuliffe
17           Defendants.        )
                                )
18

19      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

20 respective attorneys of record herein, that the Status Conference in the above captioned matter set

21 for December 10, 2012, **be continued to January 14, 2013 at 1:00 P.M.**

22      The undersigned Defense Counsel has been unable to meet with her client.  For two

23 weeks prior to the Thanksgiving holiday, there was no space on the bus from Lerdo.  She is now

24 out of town until December 8, 2012, and will have no opportunity to meet with her client prior to

25 the scheduled status conference.  The parties have agreed to the next available date of January 14,

26 2013 at 1:00 PM.

27 ///

28 ///

STIPULATION RE: CONTINUANCE
AND [PROPOSED] ORDER                    1

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice, including but not limited to, the need for the period of time set forth herein
3   for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B).

4   Dated: November 28, 2012              /s/ Carol Ann Moses
                                          CAROL ANN MOSES
5                                         Attorney for Defendant
                                          EDGAR GARCIA-BANOS
6

7   Dated: November 28, 2012              /s/ Roger K. Litman
                                          ROGER K. LITMAN
8                                         Attorney for Defendant
                                          ESTEBAN ABREGO-BANOS
9
                                          BENJAMIN B. WAGNER
10                                        United States Attorney

11  Dated: November 28, 2012              /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
12                                        Assistant United States Attorney

15                                    **ORDER**

16      IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
17  § 3161(h)(A)(B).

18      IT IS SO ORDERED.

19  **Dated:   November 29, 2012**          /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE